UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE LEO BOLTON, | No. C 10-896 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| LARRY SMALL, warden, | |
| Respondent. | |

This action is dismissed because the petition for writ of habeas corpus filed to commence this action duplicates the petition in an earlier-filed action.

IT IS SO ORDERED AND ADJUDGED.

DATED: April 1, 2010

SUSAN ILLSTON
United States District Judge